# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 15-16909 |
| Case Title | Doe I, et al v. Cisco Systems, Inc., et al |

**assigned for hearing:**

| Date | APRIL 18, 2017 | Time | 9:30 AM | Courtroom | 3 |
|---|---|---|---|---|---|

Location  SAN FRANCISCO

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name  PAUL L. HOFFMAN

Phone  310-717-7373     Email Address  HOFFPAUL@AOL.COM

Party/parties represented  Doe I, et al

Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue

Special needs you may require in the courtroom

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | s/ Paul Hoffman | Date | 2/7/17 |
|---|---|---|---|

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/ Notices/Disclosures > File an Acknowledgment of Hearing Notice.

-or, if exempt from electronic filing-

*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119

*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103

Phone: 415-355-8190

Appellate Case No.: 15-16909

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I filed the foregoing document:

**Acknowledgment of Hearing Notice (San Francisco)** with the Clerk of the Court

for the United States Court of Appeals for the Ninth Circuit by using the Ninth

Circuit electronic filing system ECF.

I hereby certify that all parties are registered and will be served

electronically via the Ninth Circuit electronic filing system ECF.

Dated: February 7, 2017

BY: _William Hoffman_

WILLIAM HOFFMAN
Paralegal